# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2023

## NO. 03-23-00149-CR

**The State of Texas, Appellant**

**v.**

**Blair McCall, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES\*
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order granting writ of habeas corpus entered by the trial court. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.